# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AREVALOS, *et al.*,<br><br>　　　　Defendants. | Case No.: 1:19-cv-01362-LJO-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT<br><br>(ECF No. 11) |

Plaintiff Robert Hackworth ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil action pursuant to 42 U.S.C. § 1983. On October 24, 2019, the Court granted Plaintiff's application to proceed *in forma pauperis* in this action pursuant to 28 U.S.C. § 1915. (ECF No. 10.) On October 25, 2019, Plaintiff filed another motion to proceed *in forma pauperis*. (ECF No. 11.)

It appears the Court's order has crossed in the mail with Plaintiff's motion. As Plaintiff has already been granted leave to proceed *in forma pauperis* in this action, no further applications are needed. Accordingly, Plaintiff's October 25, 2019 motion to proceed *in forma pauperis*, (ECF No. 11), is DENIED as moot.

IT IS SO ORDERED.

　　Dated: **October 28, 2019**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1