# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AREVALOS, *et al.*,<br><br>　　　　Defendants. | Case No. 1:19-cv-01362-LJO-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SCREENING AND SERVICE<br><br>(ECF No. 13) |

Plaintiff Robert Hackworth ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this case on September 27, 2019, (ECF No. 1), and filed a first amended complaint on October 27, 2019, (ECF No. 8).

Currently before the Court is Plaintiff's motion, filed January 31, 2020, requesting that this case be moved through the courts pursuant to Rule 4. (ECF No. 13.) Plaintiff also inquires whether the defendants have been served or the complaint screened by the court. (Id.) The Court construes the request as a motion for screening of the complaint and service of the complaint.

Plaintiff is advised that the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court will direct service of process pursuant to Federal Rule of Civil Procedure 4 only after Plaintiff's first amended complaint has been screened and found to state

1

1 | cognizable claims for relief.  Once the amended complaint is screened and found to have stated a
2 | cognizable claim against any defendant, the appropriate defendants will be served.
3 |       The Court screens complaints in the order in which they are filed and strives to avoid
4 | delays whenever possible.  However, there are hundreds of prisoner civil rights cases presently
5 | pending before the Court, and delays are inevitable.  Due to the heavy caseload, Plaintiff's first
6 | amended complaint is still awaiting screening.  The Court is aware of the pendency of this case
7 | and will screen Plaintiff's amended complaint in due course.
8 |       Accordingly, Plaintiff's motion for screening and service, (ECF No. 13), is HEREBY
9 | DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **February 3, 2020**                    /s/ *Barbara A. McAuliffe*
                                                     UNITED STATES MAGISTRATE JUDGE