# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH, JR., <br><br> Plaintiff, <br><br> v. <br><br> E. AREVALOS, et al., <br><br> Defendant. | CASE NO. 1:19-cv-01362-NONE-JLT (PC) <br><br> **ORDER REQUIRING DEFENDANTS TO SCHEDULE SETTLEMENT CONFERENCE** <br><br> **10-DAY DEADLINE** |

On May 5, 2021, the Court referred the case to the Post-Screening Alternative Dispute Resolution Project and stayed the case for ninety days. (Doc. 30.) The Court ordered the defense counsel to contact the Courtroom Deputy Clerk to schedule the settlement conference. (*Id.*) This has not occurred. Accordingly, the Court ORDERS the Deputy Attorney General to contact the Courtroom Deputy Clerk at Shall@caed.uscourts.gov, **within 10 days** from the date of this order, to schedule the settlement conference.

**<u>Failure to comply with this order may result in the imposition of sanctions.</u>**

IT IS SO ORDERED.

Dated: __**July 1, 2021**__   _____/s/ Jennifer L. Thurston__
                                                       CHIEF UNITED STATES MAGISTRATE JUDGE