UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH, JR.,<br><br>  Plaintiff,<br><br>  v.<br><br>E. AREVALOS, et al.,<br><br>  Defendant. | CASE NO. 1:19-cv-01362-NONE-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR JUDGMENT UNDER FED. R. CIV. P. 41(b) FOR EVIDENCE TAMPERING AND EXTENDING STAY TO AUGUST 27, 2021**<br><br>(Doc. 41) |

On July 26, 2021, Plaintiff filed a motion seeking entry of judgment, and Defendants filed a response in opposition. (*See* Docs. 41, 42.) On May 5, 2021, the Court stayed this case for ninety days, until August 3, 2021. (Doc. 30). Because Plaintiff's motion was filed during the stay, it is DENIED for this reason. Additionally, Plaintiff relies on Federal Rule of Procedure 41, which governs dismissal of actions and does not support entry of judgment. Accordingly, the Court **DENIES** Plaintiff's motion for judgment. (Doc. 41.) The Court further orders that the stay is extended to **August 27, 2021**.

IT IS SO ORDERED.

   Dated:   **August 1, 2021**          _ /s/ Jennifer L. Thurston
                                        CHIEF UNITED STATES MAGISTRATE JUDGE