UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH, JR.,<br><br>        Plaintiff,<br><br>   v.<br><br>E. AREVALOS, et al.,<br><br>        Defendant. | CASE NO. 1:19-cv-01362-NONE-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR JUDGMENT**<br><br>(Doc. 45) |

Plaintiff has filed a second motion for judgment on the grounds of evidence tampering. On August 1, 2021, this Court denied a similar motion for judgment and extended the stay until August 27, 2021. (*See* Doc. 43.) Because Plaintiff's motion was filed during the stay, it is DENIED for this reason. Additionally, Plaintiff has not cited to a rule of procedure upon which he bases his motion, and he has not demonstrated that he is entitled to judgment under Federal Rule of Civil Procedure 54 or summary judgment under Rule 56. Accordingly, the Court **DENIES** Plaintiff's motion for judgment. (Doc. 45.)

IT IS SO ORDERED.

    Dated:   **August 17, 2021**              /s/ **Jennifer L. Thurston**
                                                            CHIEF UNITED STATES MAGISTRATE JUDGE