UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. AREVALOS, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-01362-NONE-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR JUDGMENT ON THE GROUNDS OF EVIDENCE TAMPERING**<br><br>(Doc. 58) |

　　　　Plaintiff has filed a fourth motion for judgment on the grounds of evidence tampering. (Doc. 58.) This motion is substantively similar to the three prior motions for judgment, which were denied. (*See* Docs. 41, 45, 54.) Plaintiff again has not demonstrated that he is entitled to judgment under Federal Rule of Civil Procedure 54 or summary judgment under Rule 56. Accordingly, the Court **DENIES** Plaintiff's motion for judgment. (Doc. 58.)

　　　　Plaintiff is **ORDERED** to stop filing duplicative motions or face sanctions.

IT IS SO ORDERED.

　　Dated: __**October 4, 2021**__　　　　　　　___ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE