UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH,<br><br>    Plaintiff,<br><br>  v.<br><br>E. AREVALOS,<br><br>    Defendant. | Case No. 1:19-cv-01362-ADA-CDB (PC)<br><br>ORDER REFERRING CASE TO PRETRIAL SETTLEMENT CONFERENCE<br><br>**THIRTY (30) DAY DEADLINE**<br><br>ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO REOPEN DISCOVERY<br><br>(Doc. 80) |

Plaintiff Robert Hackworth is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed under 42 U.S.C. § 1983.  This action proceeds on Plaintiff's First Amendment retaliation and Eighth Amendment failure to protect claims against Defendant Arevalos.

On August 24, 2021, the Court conducted an early settlement conference between Plaintiff and counsel for Defendants Arevalos, Brainard, and Stohl. (Doc. 48.) The parties did not reach a settlement.

On March 31, 2023, the Court granted Defendants Brainard and Stohl's motion for summary judgment based on non-exhaustion of administrative remedies and denied Defendant

Arevalos's motion for summary judgment.[1] Because the parties and issues have been narrowed for trial, the parties may benefit from a settlement conference.

Therefore, the Court will afford the parties an opportunity to meet and confer about settling their dispute without Court intervention or in a mediated settlement conference before the Court. If, however, after meeting and conferring, either party finds that a settlement conference would be a waste of resources, the party may opt out of the pretrial settlement conference.

Accordingly, it is hereby ORDERED:

1. **Within thirty (30) days**, the parties shall meet and confer regarding settlement of this case, with or without the Court's assistance;
2. **Within forty-five (45) days** from the date of this order, each party shall file the attached notice, indicating an agreement to proceed to a pretrial settlement conference or a belief that settlement is not achievable at this time;
3. If the parties agree to participate in a pretrial settlement conference, **within sixty (60) days** from the date of this order, the assigned Deputy Attorney General shall contact the undersigned's Courtroom Deputy Clerk at shall@caed.uscourts.gov to schedule the settlement conference; and
4. If the parties reach a settlement agreement, they shall file a Notice of Settlement as required by Local Rule 160(a).
5. Plaintiff's motion requesting to reopen discovery (Doc. 80) is DENIED as moot.

IT IS SO ORDERED.

Dated:   **April 11, 2023**

UNITED STATES MAGISTRATE JUDGE

---

[1] During the pendency of Brainard and Stohl's motion for summary judgment (Doc. 63) and shortly after Arevalos filed her motion for summary judgment (Doc. 77), Plaintiff filed a motion to reopen discovery (Doc. 80). By his motion, Plaintiff sought Defendants' work disciplinary record and a copy of his deposition to review for accuracy or treated as hearsay. (*Id.*) However, the motion was untimely, and in light of the Court's rulings on the summary judgment motions, the discovery sought was not necessary or prejudicial to Plaintiff.

2

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH,<br><br>             Plaintiff,<br><br>      v.<br><br>E. AREVALOS,<br><br>             Defendant. | Case No. 1:19-cv-01362-ADA-CDB (PC)<br><br>**NOTICE REGARDING PRETRIAL SETTLEMENT CONFERENCE** |

1. The party or counsel agrees that a pretrial settlement conference would be productive and wishes to engage in a pretrial settlement conference.

    Yes _____          No _____

2. Plaintiff (check one):

    _____ would like to participate in the settlement conference in person.

    _____ would like to participate in the settlement conference by telephone or video conference.

Dated:

_____
Plaintiff or Counsel for Defendant

3