# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>E. AREVALOS,<br><br>　　　　　　　Defendant. | Case No. 1:19-cv-01362-ADA-CDB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO APPEAR<br><br>**PLAINTIFF ROBERT HACKWORTH, CDCR # C-96290** VIA VIDEOCONFERENCE<br><br>DATE: August 15, 2023<br>TIME: 10:00 a.m. |

　　**Robert Hackworth, CDCR #C-96290**, a necessary and material witness in a settlement conference in this case on August 15, 2023, is confined in the Kern Valley State Prison, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by Zoom video conference** before Magistrate Judge Christopher D. Baker, on Tuesday, August 15, 2023, at 10:00 a.m.

　　**ACCORDINGLY, IT IS ORDERED:**

　　1.　A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above, along with any necessary legal property, by Zoom video conference, to participate in a settlement conference at the date and time above, until completion of the settlement conference or as ordered by the Court. Zoom video conference connection information will be supplied via separate email.

　　2.　The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

　　3.　The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at the Kern Valley State Prison at (661) 720-4949 or via email.

　　4.　Any difficulties connecting to the Zoom video conference shall immediately be reported to Susan Hall, Courtroom Deputy, at shall@caed.uscourts.gov.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

　　**To: Warden, Kern Valley State Prison, P.O. Box 3130, Delano, CA 93216-6000**

　　**WE COMMAND** you to produce the inmate named above, along with any necessary legal property, to appear by Zoom video conference to testify before Judge Baker at the date and time above, until completion of the settlement conference or as ordered by the Court.

　　**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:　**July 17, 2023**　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE