UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT HACKWORTH, | Case No.: 1:19-cv-01362-KES-CDB |
|---|---|
| Plaintiff, | **ORDER TO RECAPTION CASE** |
| v. | |
| E. AREVALOS, | |
| Defendant. | |

This action proceeds only against Defendant Arevalos. In particular, although Defendants Wright and Gamboa were named in Plaintiff's first amended complaint (Doc. 8), Plaintiff removed those two Defendants with the filing of the operative, second amended complaint (Doc. 20). Thereafter, Defendants Brainard and Stohl were dismissed following the Court's grant of their motion for summary judgment (Doc. 89), leaving Defendant Arevalos as the sole remaining Defendant. Accordingly, the caption should reflect in all future filings that this action no longer proceeds against any other defendants and shall be as reflected above.

IT IS SO ORDERED.

Dated:   **April 22, 2024**

UNITED STATES MAGISTRATE JUDGE