UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH,<br><br>    Plaintiff,<br><br> v.<br><br>E. AREVALOS,<br><br>    Defendants. | Case No.: 1: 19-CV-01362-KES-CDB<br><br>NOTICE AND ORDER THAT **WITNESS ANDRE L. REVIS, CDCR # V-97325**, IS NO LONGER NEEDED IN THESE PROCEEDINGS AND DISCHARGING THE WRIT OF HABEUS CORPUS AD TESTIFICANDUM |

The jury trial in this matter commenced on October 16, 2024, and **Witness Andre L. Revis, CDCR # V-97325,** has testified and is no longer needed by the court in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED

IT IS SO ORDERED.

Dated: 10/17/24

KIRK E. SHERRIFF
UNITED STATES DISTRICT JUDGE

1