1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT HACKWORTH,                    Case No.:  1:19-CV-01362-KES-CDB (PC)

12                    Plaintiff,          NOTICE AND ORDER THAT **PLAINTIFF
                                          ROBERT HACKWORTH, CDCR # C-
13           v.                           96290**, IS NO LONGER NEEDED IN THESE
                                          PROCEEDINGS AND DISCHARGING THE
14   E. AREVALOS,                         WRIT OF HABEUS CORPUS AD
                                          TESTIFICANDUM
15                    Defendants.

16

17       The jury trial in this matter commenced on October 16, 2024, and **Plaintiff Robert**

18   **Hackworth, CDCR # C-96290**, has testified and represented himself as his own attorney and is

19   no longer needed by the court in these proceedings. Accordingly, the writ of habeas corpus ad

20   testificandum as to this inmate is HEREBY DISCHARGED

21

22       IT IS SO ORDERED.

23
     Dated:  10|18|24
24
                                          _____
25                                        KIRK E. SHERRIFF
                                          UNITED STATES DISTRICT JUDGE
26

27

28

                                          1