UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HACKWORTH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>E. AREVALOS,<br><br>　　　　　Defendants. | Case No.: 1: 19-CV-01362-KES-CDB<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF **ROBERT HACKWORTH, CDCR # C-96290**, FOR TRIAL ON **OCTOBER 18, 2024, AT 8:30 A.M.** |

**Plaintiff Robert Hackworth, CDCR # C-96290**, shall be produced, **along with his legal property**, to testify and to represent himself as his own attorney, before United States District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Friday, October 18, 2024, and from day to day until completion of the proceedings or as ordered by the court.

IT IS SO ORDERED.

Dated: 10/17/24

　　　　　　　　　　　　　KIRK E. SHERRIFF
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1